Frank P. Lanahan, appellee, v. Loraine Green, appellant. Gen. No. 34,172.

Heard in the third division of this court for the first district at the April term, 1930. Opinion filed March 11, 1931.

Wendell E. Green and Henry C. Ferguson, for appellant. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Julius D'Orio, trading as Advertoshare Company, appellant, v. Nick Catalano, appellee. Gen. No. 34,342.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.

Maximilian J. St. George, for appellant. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Carl E. Person, appellee, v. City State Investment Company, appellant. Gen. No. 34,367.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.

E. Sydney Feinstein, for appellant. Alexander Koehn, for appellee.

Mr. Justice Friend delivered the opinion of the court.

In re Estate of Sadie E. Furlong, appellee, v. The Foreman Trust & Savings Bank, appellant. Gen. No. 34,376.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.

James G. Sheridan, for appellant. Henry A. Gano, for appellee.

Mr. Justice Friend delivered the opinion of the court.